# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **HUGHES CORPORATION** | ) | CASE NO. 1.07CV3249 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | JOINT MOTION AND |
| **LEXINGTON INSURANCE COMPANY,** | ) | STIPULATION TO DISMISS |
| | ) | |
| Defendant. | ) | |

The parties to this litigation having settled their respective claims therein, and upon execution of a mutual release of all claims and exchange of consideration, the receipt and sufficiency of which is hereby acknowledged by each of the parties, the parties hereby by respectfully move this Court to dismiss this litigation, with prejudice, each party to bear its own costs and fees.

**APPROVED and ENTERED** this   25th   day of July, 2008.

                                         `s/Christopher A. Boyko`
                                         JUDGE BOYKO
                                         July 25, 2008

## STIPULATION

The parties, through counsel, stipulate to entry of the foregoing Dismissal Order as of this 25th day of July, 2008.

| | |
|---|---|
| /s/ Peter E. Kanaris | /s/ Roy A. Hulme |
| Peter E. Kanaris/Cheryl L. Heiss | Roy A. Hulme |
| Fisher Kanaris PC | Reminger Co., LPA |
| 200 South Wacker Drive | 1400 Midland Bldg. |
| 22nd Floor | 101 Prospect Ave. W |
| Chicago, Illinois 60606 | Cleveland, OH 44115 |
| (312) 474-1400 | (216) 430-2133 |
| | |
| *Attorneys for Lexington Insurance Company* | *Attorneys for Lexington Insurance Company* |

   /s/ M. Scott Wilson
Thomas J. Scanlon  (0017308)
Tim L. Collins  (0033116)
M. Scott Wilson (0025775)
Collins & Scanlon, LLP
3300 Terminal Tower
50 Public Square
Cleveland, OH   44113
(216) 696-0022

*Attorneys for Hughes Corporation*